ACCEPTED
03-13-00790-CV
8101329
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/4/2015 4:07:29 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00790-CV

### IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/4/2015 4:07:29 PM
JEFFREY D. KYLE
Clerk

### FOR THE THIRD DISTRICT OF TEXAS

### AT AUSTIN

## T. MARK ANDERSON AND CHRISTINE ANDERSON, AS CO-EXECUTORS OF THE ESTATE OF TED ANDERSON

*Appellants/Cross-Appellees,*

## v.

## RICHARD T. ARCHER, DAVID B. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER

*Appellees/Cross-Appellants.*

## APPELLEES/CROSS-APPELLANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE CROSS-APPELLEES' BRIEF AND APPELLEES/CROSS-APPELLANTS' MOTION TO STRIKE CROSS-APPELLEES' BRIEF

**Laurie Ratliff**
**State Bar No. 00784817**
**Frank N. Ikard, Jr.**
**State Bar No. 10386000**
**IKARD GOLDEN JONES P.C.**
**400 W. 15th St., Suite 975**
**Austin, Texas 78701**
**Telephone: (512) 472-6695**
**Telecopier: (512) 472-3669**
**laurieratliff@igjlaw.com**

### ATTORNEYS FOR APPELLEES/CROSS-APPELLANTS

NO. 03-13-00790-CV

# IN THE COURT OF APPEALS

# FOR THE THIRD DISTRICT OF TEXAS

# AT AUSTIN

**T. MARK ANDERSON AND CHRISTINE ANDERSON, AS CO-EXECUTORS OF THE ESTATE OF TED ANDERSON**

*Appellants/Cross-Appellees,*

**v.**

**RICHARD T. ARCHER, DAVID B. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER**

*Appellees/Cross-Appellants.*

**APPELLEES/CROSS-APPELLANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE CROSS-APPELLEES' BRIEF AND APPELLEES/CROSS-APPELLANTS' MOTION TO STRIKE CROSS-APPELLEES' BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees/Cross-Appellants, Richard T. Archer, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer (the Archer Family), respectfully file their *Opposition to Motion for Leave to File Cross-Appellees' Brief and their Motion to Strike Cross-Appellees' Brief* and request that

2

the Court deny the motion for leave and strike the brief submitted on December 3, 2015.

## Introduction

A substitution of counsel is not authorization to resurrect long-passed deadlines. The Rules of Appellate Procedure do not provide for, and this Court should not permit, a more than nine-month extension of time by granting a motion for leave. Cross-Appellees' brief in this case was initially due *March 9, 2015.* Cross-Appellees offer no evidence, no good cause, and no reasonable explanation (other than the filing of a motion to substitute counsel) for allowing them to avoid the clear deadlines in the rules. *See* TEX. R. APP. P. 38.6(b) (appellee's brief due 30 days after appellant's brief is filed).

To grant Cross-Appellees' eleventh-hour motion for leave to file a brief nine months after the deadline—when Cross-Appellees intentionally chose not to file a brief—turns the deadlines in Rule 38.6 on their head.

## I. Cross-Appellees offer no reason for the Court to reverse its earlier orders on this very issue.

This Court has addressed the failure of Cross-Appellees to file a brief on three previous occasions. On all three occasions, this Court ordered the appeal to be submitted without a Cross-Appellees' brief. In their motion for leave, Cross-Appellees offer no reason for this Court to reverse these prior orders.

3

First, the Court ordered the case to be submitted without Cross-Appellees' brief after Cross-Appellees chose not to file their brief.

Appellants filed their opening brief on November 6, 2014. On February 6, 2015, the Archer Family filed their combined brief, responding to Appellants' issues and also raising issues on cross-appeal. Cross-Appellees' brief was due March 9, 2015. Ex. A. Cross-Appellees requested, and this Court granted, three extensions of time to file Cross-Appellees' brief. Exs. B, C, & D.

Despite the three extensions of time, Cross-Appellees, one of whom is a double-board certified attorney, chose not to respond to the Archer Family's cross-appeal. Ex. E, F, & Court's website (indicating "brief was not filed" as of May 27, 2015).

With no Cross-Appellees' brief filed, the Court placed the case on its ready docket with the briefs on file as of May 27, 2015 and dismissed Cross-Appellees' fourth motion for extension of time as moot. Ex. G & Court's website (indicating case "ready to be set" as of May 27, 2015).

The Court next considered Cross-Appellees' failure to file a brief in the Archer Family's Motion to Allocate Time for Oral Argument. *See* TEX. R. APP. P. 39.1 (limiting oral argument to parties who have filed a brief); 39.2 (purpose of oral argument is to emphasize and clarify written arguments in the brief); & 39.6 (court may allow oral argument when only one party has filed a brief). The Court granted

4

the Archer Family's motion and, because no Cross-Appellees' brief was filed, the Court allocated oral argument time without permitting a response to the cross appeal. Ex. H.

Finally, on December 3, 2015, the Court considered the Cross-Appellees' failure to file a brief. In its December 3, 2015 notice of setting the case for oral argument for January 27, 2016, the Court again ordered that oral argument time will be allocated without permitting a response to the cross appeal. Ex. I.

Cross-Appellees offer no explanation why this Court should reverse its earlier orders. Accordingly, this Court's prior orders to submit the case without a Cross-Appellees' brief compel this Court to deny the motion for leave.

## II.    Cross-Appellees offer no legal support and no reasonable explanation for filing a brief nine months after the initial deadline.

Notwithstanding the Court's prior orders to submit with case without Cross-Appellees' brief, none of Cross-Appellees' excuses support this Court granting leave to file a brief that is nine months late.

First, Cross-Appellees' primary argument for allowing them to circumvent Rule 38.6(b) and file their Cross-Appellees' brief nine months after the initial deadline is that they *substituted counsel*. A substituting attorney, however, takes the case and deadlines as he finds them. That Cross-Appellees substituted counsel long after the Court designated the case as "ready to be set" does not support modifying the briefing deadlines in the rules. Nothing in the rules permits a substitution of

5

counsel to restart long-expired deadlines. Otherwise, the deadlines in Rule 38.6 have no meaning.

Second, Cross-Appellees offer no reasonable explanation for their failure to file a cross-appellees' brief during the relevant time period. Cross-Appellees' brief was initially due on March 9, and by extensions, as late as May 8, 2015. Nowhere in Cross-Appellees' motion for leave do they explain or even mention the March through May 2015 time period when their brief was due, but not filed. Instead, Cross-Appellees rely on an August 2015 purported health issue of their prior counsel.

Third, Cross-Appellees rely on this purported health issue of their prior counsel to support their motion for leave. Mot. at p. 2. Prior counsel's purported health issue in August 2015 (that was used to postpone the previous oral argument setting of September 2, 2015), however, does not explain Cross-Appellees' failure to timely file a brief during March through May of 2015. Mot. at 2; Ex. J.

Further, contrary to Cross-Appellees' characterization, their prior counsel's health in August 2015 has no bearing on the March through May 2015 time period when the Cross-Appellees' brief was due. In fact, Cross-Appellees' prior counsel's purported health condition that was used to delay submission of this case is expressly *prospective*. Ex. K. Cross-Appellees' prior counsel's motion states that he, "has personal health conditions *which have become* disabling and incompatible with

*continuation* of proper representation of Movants herein." Ex. K (Mot. for Continuance at p.1) (emphasis added). The health excuse states nothing about prior counsel's purported health condition five months before when Cross-Appellees' brief was due, but not filed. Even if prior counsel's purported health had any bearing on this issue, why is it only being raised nine months after the deadline?

Accordingly, Cross-Appellees allegation of "good cause" does not support the motion for leave to file a brief nine months after the initial deadline.

Fourth, Cross-Appellees contend that this Court will "benefit" from a cross-appellees' brief. Mot. at p.2. No one deprived Cross-Appellees of their opportunity to "benefit" the Court with a brief responding to the cross appeal. Quite the contrary: the Court gave Cross-Appellees every opportunity to file their Cross-Appellees' brief by granting three extensions of time. That Cross-Appellees, one of whom is a double-board certified attorney, chose not to file a cross-appellees' brief is not an excuse to now justify a motion for leave to file a brief nine months after the deadline. Cross-Appellees had the opportunity to file a brief; they simply chose not to do so.

Finally, Cross-Appellees make the absurd statement that the Archers are not harmed by their filing of a brief nine months after the initial deadline. To the contrary, the Archer Family *is* harmed by this eleventh-hour attempt to file a brief that is not contemplated by the rules. Rule 38.6 provides for specific deadlines for filing briefs. TEX. R. APP. P. 38.6. The Archers have complied with those briefing

7

deadlines. Cross-Appellees, despite three extensions, chose not to abide by the briefing deadlines. Because Cross-Appellees chose not to file a cross-appellees' brief, and as this Court has already ordered three times, the Archer Family's cross appeal proceeds unanswered and without Cross-Appellees' brief. Allowing Cross-Appellees to now file a brief under these circumstances causes the Archer Family harm.

Further, if the Court grants the motion for leave, the Archer Family is harmed by the obligation to file a reply brief responding to Cross-Appellees' brief.

Accordingly, the Archer Family requests that this Court deny the motion for leave, adhere to the Court's earlier orders on Cross-Appellees' brief, and submit the case for oral argument without Cross-Appellees' brief.

## III. The Court should strike Cross-Appellees' brief submitted December 3, 2015.

With their motion for leave, Cross-Appellees submitted their Cross-Appellees' brief to the Court on December 3, 2015. Because there is no basis for the motion for leave, this Court should strike Cross-Appellees' brief. Accordingly, the Archer Family requests that the Court grant their motion to strike and not consider the previously submitted Cross-Appellees' brief.

For these reasons, Appellees/Cross-Appellants Richard T. Archer, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer respectfully request that this Court deny Cross-Appellees' Motion for Leave to File

Cross-Appellees' Brief, grant their Motion to Strike and strike and not consider the

Cross-Appellees' brief that was submitted on December 3, 2015. The Archer Family

prays for such other and further relief to which they may be entitled.

Respectfully submitted,

IKARD GOLDEN JONES, P.C.


/s/  *Laurie Ratliff*
Laurie Ratliff
State Bar No. 00784817
Frank N. Ikard, Jr.
State Bar No. 10386000
400 West 15th Street, Suite 975
Austin, Texas  78701
Telephone: (512) 472-6695
Telecopier: (512) 472-3669
laurieratliff@igjlaw.com

ATTORNEYS FOR
APPELLEES/CROSS-APPELLANTS
RICHARD T. ARCHER, DAVID B. ARCHER,
CAROL ARCHER BUGG, JOHN V. ARCHER,
KAREN ARCHER BALL AND SHERRI ARCHER

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below a copy of *Appellees/Cross-Appellants' Response in Opposition to Motion for Leave to File Cross-Appellees' Brief and Appellees/Cross-Appellants' Motion to Strike Cross-Appellees' Brief* was served on the counsel of record listed below via electronic delivery in accordance with the Texas Rules of Appellate Procedure on this 4th day of December 2015:

***Via e-service file and email***
Scott R. Kidd
KIDD LAW FIRM
819 West 11th
Austin, Texas 78701

*Attorneys for Appellants/Cross-Appellees*
*T. Mark Anderson and Christine Anderson*

/s/   *Laurie Ratliff*
Laurie Ratliff

t:\archer 3 2007 tortious interference\appeal\motions\response opposing motion for leave to file cross-appellees' brief.docx

**Appellees/Cross-Appellants'
Opposition to Motion for Leave to File
Cross-Appellees' Brief and
Appellees/Cross-Appellants' Motion to
Strike Cross-Appellees' Brief**

**Exhibit A**



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

February 13, 2015

Mr. Gerald D. McFarlen
28 Fabra Oaks Road
Boerne, TX 78006-2831
* DELIVERED VIA E-MAIL *

Ms. Laurie Ratliff
Ikard Golden Jones, P.C.
400 West 15th Street, Suite 975
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-13-00790-CV
        Trial Court Case Number:      D-1-GN-07-002328

Style:  Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
        Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
        David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
        Archer
        v.
        Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
        Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson, individually
        and as Co-Executor of the Estate of Ted Anderson, Christine Anderson

Dear Counsel:

        Please disregard this Court's notice dated February 12, 2015. Brief of appellees and cross-appellants' was filed in this Court on February 6, 2015. Accordingly, cross-appellees' brief is due on or before March 9, 2015.

                                        Very truly yours,

                                        JEFFREY D. KYLE, CLERK

                                        BY: *F. Hewtty*
                                        Frances Hewtty, Deputy Clerk

**Appellees/Cross-Appellants' Opposition to Motion for Leave to File Cross-Appellees' Brief and Appellees/Cross-Appellants' Motion to Strike Cross-Appellees' Brief**

**Exhibit B**



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 10, 2015

Mr. Gerald D. McFarlen
28 Fabra Oaks Road
Boerne, TX 78006-2831
* DELIVERED VIA E-MAIL *

Ms. Laurie Ratliff
Ikard Golden Jones, P.C.
400 West 15th Street, Suite 975
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-13-00790-CV
        Trial Court Case Number:     D-1-GN-07-002328

Style:  Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
        Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
        David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
        Archer
        v. Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
        Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
        individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson

Dear Counsel:

        Cross-appellees' motion for extension of time to file brief was granted by this Court on the
date noted above.  The deadline for filing cross-appellees' brief is extended to **March 23, 2015**.

                        Very truly yours,

                        JEFFREY D. KYLE, CLERK

                        BY: _E. Talerico_
                           Liz Talerico, Deputy Clerk

**Appellees/Cross-Appellants'
Opposition to Motion for Leave to File
Cross-Appellees' Brief and
Appellees/Cross-Appellants' Motion to
Strike Cross-Appellees' Brief**

**Exhibit C**

FILE COPY



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

April 7, 2015

Mr. Gerald D. McFarlen
28 Fabra Oaks Road
Boerne, TX 78006-2831
* DELIVERED VIA E-MAIL *

Ms. Laurie Ratliff
Ikard Golden Jones, P.C.
400 West 15th Street, Suite 975
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-13-00790-CV
          Trial Court Case Number:     D-1-GN-07-002328

Style:    Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
          Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
          David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
          Archer
          v. Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
          Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
          individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson

Dear Counsel:

      Cross-appellees' motion for extension of time to file brief was granted by this Court on the
date noted above. The deadline for filing cross-appellees' brief is extended to **April 10, 2015**.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*

Liz Talerico, Deputy Clerk

**Appellees/Cross-Appellants'
Opposition to Motion for Leave to File
Cross-Appellees' Brief and
Appellees/Cross-Appellants' Motion to
Strike Cross-Appellees' Brief**

**Exhibit D**



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

April 13, 2015

Mr. Gerald D. McFarlen
28 Fabra Oaks Road
Boerne, TX 78006-2831
* DELIVERED VIA E-MAIL *

Ms. Laurie Ratliff
Ikard Golden Jones, P.C.
400 West 15th Street, Suite 975
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-13-00790-CV
        Trial Court Case Number:     D-1-GN-07-002328

Style:  Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
        Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
        David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
        Archer
        v. Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
        Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
        individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson

Dear Counsel:

    Cross-appellees' motion for extension of time to file brief was granted by this Court on the
date noted above. The deadline for filing cross-appellees' brief is extended to **April 17, 2015**.

                                Very truly yours,

                                JEFFREY D. KYLE, CLERK


                                BY: _*E. Talerico*_
                                     Liz Talerico, Deputy Clerk

**Appellees/Cross-Appellants' Opposition to Motion for Leave to File Cross-Appellees' Brief and Appellees/Cross-Appellants' Motion to Strike Cross-Appellees' Brief**

**Exhibit E**



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                        JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

April 27, 2015

Mr. Gerald D. McFarlen
28 Fabra Oaks Road
Boerne, TX 78006-2831
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:    03-13-00790-CV
           Trial Court Case Number:     D-1-GN-07-002328

Style:    Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
        Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
        David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
        Archer
        v. Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
        Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
        individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson

Dear Counsel:

Cross-Appellees' brief was due in this Court on April 17, 2015, and is overdue. *See* Tex. R.
App. P. 38.6. If this Court does not receive Cross-Appellees' brief on or before **Friday, May 08,
2015**, this cause may be submitted on appellants' and appellees/cross appellants' briefs alone.
**Further motions for extension of time may not be considered.**

Very truly yours,

*Jeffrey D. Kyle*

JEFFREY D. KYLE, CLERK

cc:    Ms. Laurie Ratliff

**Appellees/Cross-Appellants' Opposition to Motion for Leave to File Cross-Appellees' Brief and Appellees/Cross-Appellants' Motion to Strike Cross-Appellees' Brief**

**Exhibit F**

## Search

Specialty Area    **?**

First Name

Anderson

Firm / Organization

Corpus Christi

ZIP

County

SEARCH



Map data ©2015 Google    Report a map error

### Search Results

| ⬇ Name | ➡ Firm / Organization | ➡ Specialization |
| --- | --- | --- |
| Mr. T. Mark Anderson | T. Mark Anderson, P.C. | 1996 Real Estate Law - Commercial |
| Mr. T. Mark Anderson | T. Mark Anderson, P.C. | 1996 Real Estate Law - Residential |

Texas Board of Legal Specialization, 505 E. Huntland Dr., Ste. 400, LB 28, Austin, TX 78752 • 1-855-277-TBLS(8257)

Copyright © 2015 Texas Board of Legal Specialization

**Appellees/Cross-Appellants'
Opposition to Motion for Leave to File
Cross-Appellees' Brief and
Appellees/Cross-Appellants' Motion to
Strike Cross-Appellees' Brief**

**Exhibit G**



# COURT OF APPEALS

THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                          JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

May 27, 2015

Mr. Gerald D. McFarlen                          Ms. Laurie Ratliff
The Law Office of Gerald D. McFarlen, PC        Ikard Golden Jones, P.C.
28 Fabra Oaks Road                              400 West 15th Street, Suite 975
Boerne, TX 78006-2831                           Austin, TX 78701
* DELIVERED VIA E-MAIL *                        * DELIVERED VIA E-MAIL *


RE:     Court of Appeals Number:     03-13-00790-CV
        Trial Court Case Number:     D-1-GN-07-002328

Style:   Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
         Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
         David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
         Archer
         v.
         Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
         Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
         individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson


Dear Counsel:

        On the date noted above, cross-appellees' Fourth Motion to Extend Time to File Brief
was dismissed as moot by this Court.



                                         Very truly yours,

                                         JEFFREY D. KYLE, CLERK


                                         BY: *F. Hewtty*
                                             Frances Hewtty, Deputy Clerk

**Appellees/Cross-Appellants' Opposition to Motion for Leave to File Cross-Appellees' Brief and Appellees/Cross-Appellants' Motion to Strike Cross-Appellees' Brief**

**Exhibit H**



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

August 26, 2015

Mr. Gerald D. McFarlen
The Law Office of Gerald D. McFarlen, PC
28 Fabra Oaks Road
Boerne, TX 78006-2831
\* DELIVERED VIA E-MAIL \*

Ms. Laurie Ratliff
Ikard Golden Jones, P.C.
400 West 15th Street, Suite 975
Austin, TX 78701
\* DELIVERED VIA E-MAIL \*

RE:    Court of Appeals Number:    03-13-00790-CV
       Trial Court Case Number:    D-1-GN-07-002328

Style:    Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
          Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
          David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
          Archer
          v. Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
          Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
          individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson

Dear Counsel:

       Appellees/Cross-Appellants' Motion to Allocate Time for Oral Argument was granted by
this Court on the date noted above. Accordingly, time at oral argument will be allocated in the
following manner: 15 minutes for appellants' opening; 15 minutes for appellees' response; 5
minutes for appellants' rebuttal; and 5 minutes for appellees/cross-appellants' issues on cross-
appeal.

                                          Very truly yours,

                                          JEFFREY D. KYLE, CLERK

                                          BY:  *E. Talerico*
                                          Liz Talerico, Deputy Clerk

**Appellees/Cross-Appellants' Opposition to Motion for Leave to File Cross-Appellees' Brief and Appellees/Cross-Appellants' Motion to Strike Cross-Appellees' Brief**

**Exhibit I**

FILE COPY



# COURT OF APPEALS

THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                            JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

December 3, 2015

Ms. Laurie Ratliff                              Mr. Scott R. Kidd
Ikard Golden Jones, P.C.                        Kidd Law Firm
400 West 15th Street, Suite 975                 819 West 11th Street
Austin, TX 78701                                Austin, TX 78701
* DELIVERED VIA E-MAIL *                        * DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    03-13-00790-CV
        Trial Court Case Number:    D-1-GN-07-002328

Style:  Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
        Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
        David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
        Archer
        v. Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
        Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
        individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson


Dear Counsel:

        You are hereby notified that the above cause has this day been set for submission and oral
argument on **January 27, 2016 at 9:00 AM**, before Chief Justice Rose, Justices Pemberton, and
Field. Each side will be allowed 20 minutes to argue. *See* Tex. R. App. P. 39.8. The time for oral
argument will be allocated in the following manner: 15 minutes for appellants' opening; 15 minutes
for appellees' response; 5 minutes for appellants' rebuttal; and 5 minutes for appellees/cross-
appellants' issues on cross-appeal.
        Upon receipt of this letter, please notify the Clerk, in writing via your electronic service
provider, of your intention to argue this case before the Court. In the event that parties previously
requesting oral argument should decide to waive argument, this should be communicated to the
Clerk **well in advance** of the setting date. The Court expects counsel to appear at the stated time,
prepared to argue without undue repetition of or reading from the brief, and to respond to questions
from the bench.
        Any person seeking a reasonable accommodation during oral argument for a disability must
make that request to the Court Clerk within 10 days of this letter so that appropriate arrangements
can be made.

FILE COPY

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*
      Liz Talerico, Deputy Clerk

**Appellees/Cross-Appellants'
Opposition to Motion for Leave to File
Cross-Appellees' Brief and
Appellees/Cross-Appellants' Motion to
Strike Cross-Appellees' Brief**

**Exhibit J**



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                         JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

August 4, 2015

Mr. Gerald D. McFarlen                           Ms. Laurie Ratliff
The Law Office of Gerald D. McFarlen, PC      Ikard Golden Jones, P.C.
28 Fabra Oaks Road                             400 West 15th Street, Suite 975
Boerne, TX 78006-2831                     Austin, TX 78701
* DELIVERED VIA E-MAIL *                 * DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-13-00790-CV
        Trial Court Case Number:     D-1-GN-07-002328

Style:    Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
         Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
         David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
         Archer
         v. Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
         Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
         individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson

Dear Counsel:

You are hereby notified that the above cause has this day been set for submission and oral argument on **September 2, 2015 at 9:00 AM**, before Chief Justice Rose, Justices Pemberton and Field. **Argument is limited to 20 minutes for appellants and for appellees.** Appellants' time may be divided and a portion used in rebuttal.

In past cross-appeals, the standard time allotment has been: 10 minutes for appellants' opening; 15 minutes for appellees/cross-appellants' response and issues on cross-appeal; 10 minutes for appellants'/cross-appellees' rebuttal and response; and 5 minutes for cross-appellants' rebuttal.

Upon receipt of this letter, please notify the Clerk, in writing, of your intention to argue this case before the Court. Counsel should include any alternative agreement on the division of time, if any. In the event that parties previously requesting oral argument should decide to waive argument, this should be communicated to the Clerk **well in advance** of the setting date. All attorneys in civil and criminal cases are required to file all documents (except a document submitted under seal or subject to a motion to seal) with the Court through the eFileTexas.gov electronic filing system.

The Court expects counsel to appear at the stated time, prepared to argue without undue repetition of or reading from the brief, and to respond to questions from the bench.

FILE COPY

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*
Liz Talerico, Deputy Clerk

**Appellees/Cross-Appellants'
Opposition to Motion for Leave to File
Cross-Appellees' Brief and
Appellees/Cross-Appellants' Motion to
Strike Cross-Appellees' Brief**

**Exhibit K**

ACCEPTED
03-13-00790-CV
6711306
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 5:29:28 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

| | | |
|---|---|---|
| T. Mark Anderson, | § | IN THE THIRD |
| as co-executor of the estate of | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| Ted Anderson, and | § | |
| Christine Anderson, | § | 8/28/2015 5:29:28 PM |
| as co-executor of the estate of | § | JEFFREY D. KYLE |
| Ted Anderson, Appellants | § | Clerk |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| Richard T. Archer, David | § | |
| B. Archer, Carol Archer | § | |
| Bugg, John V. Archer, | § | |
| Karen Archer Ball, and | § | |
| Sherri Archer, Appellees | § | AUSTIN, TEXAS |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF THIS COURT:

Appellants/Cross-appellees, Movants, hereby urge the Court to continue oral argument and submission of this case, and in support show:

1. Oral argument is set for September 2, 2015.

2. Movants seek a continuance of 30 days to allow them to retain new counsel. Appellants' current counsel has personal health conditions which have become disabling and incompatible with continuation of proper representation of Movants herein. A Motion to Withdraw is filed contemporaneously herewith. Movants do not oppose the motion to withdraw as long as they have a reasonable time to allow their substitute counsel opportunity to prepare.

3. This withdrawal is not sought for delay only but that justice may be done.

## CERTIFICATE OF CONFERENCE

4.     Movants have conferred with counsel for Appellees/Cross-appellants in this action; and they are opposed.

5.     For the above reasons, Movants request the Court to continue submission of this case and reset oral argument for thirty days, or as soon thereafter as the Court can hear the matter.

Respectfully submitted,
**THE LAW OFFICE OF**
**GERALD D. MCFARLEN, PC**
28 Fabra Oaks Road
Boerne, TX 78006
Phone: (830) 331-8554
Fax: (210) 568-4305
Email: *gmcfarlen@mcfarlenlaw.com*


BY:  /s/ Gerald D. McFarlen
        GERALD D. McFARLEN
        State Bar No. 13604500

ATTORNEYS     FOR     CROSS
APPELLEES

## CERTIFICATE OF SERVICE

I do hereby certify that on the 28th day of August, 2015, a true and correct copy of the foregoing motion was furnished to all counsel of record in accordance with the Texas Rules of Civil Procedure.

.
Laurie Ratliff
Ikard, Golden, Jones, P.C.
400 West 15th Street, Suite 975
Austin, Texas 78701
ATTORNEYS FOR APPELLEES/CROSS APPELLANTS

/s/ Gerald D. McFarlen
GERALD D. McFARLEN